UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SOUTH DAKOTA LIBERTARIAN PARTY; and EXECUTIVE COMMITTEE OF THE SOUTH DAKOTA LIBERTARIAN PARTY and RYAN GADDY,<br><br>Plaintiff,<br><br>v.<br><br>JASON GANT, in his official capacity as Secretary of State for the State of South Dakota.<br><br>Defendant. | Civ Case No. 14-4132<br><br>**AFFIDAVIT OF RICHARD M. WILLIAMS** |

State of South Dakota  )
                       :SS
County of Hughes       )

1. I, Richard M. Williams, being first duly sworn upon oath, state and affirm as follows:

2. That I am employed as an Assistant Attorney General and have held that position during the pendency of this action.

3. That, relevant to this case, I received copies of the following public documents maintained by the Secretary of State's office:

    a. Letter from Emmett Reistroffer, Chairman, Libertarian Party of South Dakota, to Secretary of State Jason M. Gant, dated August 11, 2014. (Attached as Exhibit A).

    b. Letter from Secretary of State, Jason M. Gant to Emmett Reistroffer, dated August 18, 2014. (Attached as Exhibit B).

  c. South Dakota Voter Registration Form, dated August 9, 2014, and envelope received by Minnehaha County Auditor, stamped August 13, 2014. (Attached as Exhibit C).

  d. Bylaws of South Dakota Libertarian Party, certified to the Secretary of State, March 23, 2012. (Attached as Exhibit D).

4. That to the best of my knowledge, Exhibits A, B, C, and D are true and correct copies of the original public records maintained by the Secretary of State's Office

Dated this 27th day of August, 2014, at Pierre, South Dakota.

_____
Richard M. Williams
Assistant Attorney General

Subscribed and sworn to before me, a notary public, this 27 day of August, 2014.

_____
Notary Public – South Dakota

(SEAL)    My Commission expires: 9/12/2017



MEGHAN SCOTT
NOTARY PUBLIC
SOUTH DAKOTA