August 11th 2014

South Dakota Libertarian Party
PO Box 1375
Rapid City, SD 57709
www.SoDakLP.org



**RECEIVED**
AUG 11 2014
S.D. SEC. OF STATE

The Honorable Jason Gant
South Dakota Secretary of State
500 East Capitol Drive
Pierre, SD 57501

Dear Secretary Gant,

As Chairman of the South Dakota Libertarian party and in my capacity as officer of our 2014 state convention, I write to you today to inform you per SDCL 12-5-22 that our state convention delegates nominated the following candidates for constitutional office:

- **Attorney General, Chad Haber of Sioux Falls**
- **Secretary of State, Emmett Reistroffer of Sioux Falls**
- **Auditor, Kurt Evans of Wessington Springs**
- **Treasurer, Ken Santema of Aberdeen**
- **Public Utilities Commissioner, Ryan Gaddy of Sioux Falls**
- **Commissioner of School and Public Lands, John English of Sioux Falls**

Our 2014 convention was held this past Saturday August 9th at the downtown main branch library, 400 N. Dakota Ave Sioux Falls, SD 57105.

I also wish to provide your office and the general public a copy of our party directory which includes the names and contact information for all of our executive committee members and 2014 candidates.

Thank you for your service to South Dakota,

*Emmett Reistroffer*  8/11/14

Emmett Reistroffer
Chairman
Libertarian Party of South Dakota

EXHIBIT A