**FILED**
AUG 28 2014

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SOUTH DAKOTA LIBERTARIAN PARTY; and EXECUTIVE COMMITTEE OF THE SOUTH DAKOTA LIBERTARIAN PARTY, | * | CIV 14-4132 |
| Plaintiffs, | * | |
| vs. | * | ORDER |
| JASON M. GANT, in his official capacity as Secretary of State for the State of South Dakota, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending are Plaintiffs' motion for a preliminary injunction (doc. 9) and Defendant's motion to dismiss (doc. 11). The issues have been fully briefed and a hearing was held on the motions on Thursday, August 28, 2014. For the reasons given orally at the August 28, 2014 hearing,

IT IS ORDERED:

1. That Plaintiff's motion for a preliminary injunction is denied.

2. That Defendant's motion to dismiss is granted, with prejudice.

Dated this 28th day of August, 2014.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summer Wahl
         DEPUTY